# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

135115

WALTER RIEPEN,
       Plaintiff-Appellant,

v

KELSEY HAYES COMPANY - MILFORD,
       Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135115
COA: 275413
WCAC: 95-000907

      On order of the Court, the application for leave to appeal the September 11, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

_____
Clerk